Case 2:16-cv-01328-KOB-SGC   Document 1   Filed 08/15/16   Page 1 of 4
CV-16-BE-1328-S

FILED
2016 Aug-15 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

CLASS ACTION LAWSUIT
IBIN CURTIS; ADRIAN Talley JR
X PEARA CRUTHER

FILED
2016 AUG 15 P 12: 19
U.S. DISTRICT COURT
N.D. OF ALABAMA

(Enter above the full name(s) of the plaintiff(s) in this action)

WARDER Angela MIREE — PRISON COORDINATER ~~[redacted]~~ SHIRLY PRICE, STATE OF ALABAMA, And GOVENER

(Enter above full name(s) of the defendant(s) in this action)

Previous lawsuits

A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit

     Plaintiff(s): _____

     Defendant(s) _____

  2. Court (if Federal Court, name the district; if State Court, name the county)

     _____

  3. Docket Number _____

  4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement __DONaldson PRISON - Bessemer, Ala.__

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( )

   C. If your answer is YES:
      1. What steps did you take? __WROTE TO THE WARDEN__
      2. What was the result? __We were IGNORED__

   D. If your answer is NO, explain why not? _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __IBIN CURTIS, ADRIAN Talley JR.__
      X __PEARA CRUTHER__

      Address __100 WARRIOR LANE, Bessemer, Alabama__

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **aNgEla MIREE,**

  is employed as **wARden**

  at **DoNaldsoN pRisoN**

C. Additional Defendants **BHiRly pRisoN — pRisoN CoordiNaTor STaTe of Alabama, pRisoN CommissioNER And THe goveNer oN Alabama wARdeN BolliNg**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

We aRe BeiNg Illegally Held iN SoliTARy CoNfiNdmeNT, wiTHouT aNy ExeRCise Time, No Legal LiBRARy pRivage's — No assess To CHuRcH, we aRe iN CoNsTaNT THReaT of BeiNg pHysically BeateN if we complaiN — THeRe is No due pRocess of THe RighT's THaT are BeiNg TakeN from us. We weRe Told THaT we weRe iN a BeHavioR ModAfacaTioN pRogRam — BuT we are just BeiNg Held iN a 2 MAN SoliTARy CoNfiNdmeNT Cell's foR MoNTH's at a Time, wiTH No RighT's.

all of our property Has Been Taken from us — we Are Being Made To Live in Filthy cell's with No Chance To clean up at All

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

We ask and Beg The court To get us Released from Solitary confindment, And To Be paid For Each day of Illegally Being confind in These cell's. And That The defendant's in This case Be Either Fired or punished — or Both.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
               (date)

IBIN CURTIS
AdRiAN TAlley JR.
PeARA CRUTHER

Signature(s)

- 4 -